Entered: November 1st, 2018
Signed: November 1st, 2018

## SO ORDERED

PROVIDED, HOWEVER, that any loan modification or other agreement with respect to loss mitigation shall be non-recourse as to the debtor unless included in a reaffirmation agreement. THIS ORDER DOES NOT AUTHORIZE A DEED IN LIEU OF FORECLOSURE SO LONG AS THE PROPERTY REMAINS PROPERTY OF THE BANKRUPTCY ESTATE.



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF MARYLAND (BALTIMORE)

| | |
|---|---|
| In re | Bk. No. 17-13889 |
| DAVID MORRIS<br>TRAVEY MORRIS, | Chapter 13 |
|    Debtor. | |
| US BANK TRUST NATIONAL ASSOCIATION, as trustee of the PRP II PALS INVESTMENT, its assignees and/or successors in interest | |
|    Movant, | |
| vs. | |
| DAVID MORRIS AND TRACEY MORRIS,<br>Co-Debtor<br>TIMOTHY P. BRANIGAN, Chapter 13 Trustee, | |
|     Respondents. | |

1

## ORDER FOR RELIEF FROM STAY AND CO-DEBTOR STAY AS TO PROPERTY KNOWN AS 1529 LANGFORD ROAD, GWYNN OAKS, MARYLAND 21207

This cause having come on for consideration upon the Motion for Relief From Stay filed by Movant, US Bank Trust National Association, as Trustee of the PRP II Pals Investment Trust, its assignees and/or successors in interest, and no opposition or response having been filed, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED that the automatic stay provided by 11 U.S.C. § 362 is hereby lifted to permit the Movant, US Bank Trust National Association, as Trustee of the PRP II Pals Investment Trust, its successors and/or assigns, to institute proceedings to foreclose the Deed of Trust recorded among the Land Records of Baltimore County in Map 95. Grid 15, Parcel 0200, Block H, Lot 22 on the property known as 1529 Langford Road, Gwynn Oaks, Maryland 21207, and to allow the successful purchasers to pursue the necessary legal means to obtain possession of the property

ORDERED that, in addition to foreclosure, this Relief Order permits activity necessary to obtain possession of said collateral; therefore, all communications sent by Movant in connection with proceeding against the property including, but not limited to, notices required by state law and communications to offer and provide information with regard to a potential Forbearance Agreement, Loan Modification, Refinance Agreement, Loss Mitigation Agreement, or other Loan Workout, may be sent directly to Debtors.

cc:
     Lisa M. Goldblatt, Esq.
     The Law Office of Lisa M. Goldblatt
     3545 Ellicott Mills Drive
     Ellicott City, MD 21043

Jeffrey M. Sirody
Jeffrey M. Sirody and Associates P.A.
1777 Resiterstown Road, Suite 360 E
Baltimore, Maryland 21208
Counsel for Debtor

Timothy P. Branigan
9891 Broken Land Parkway, Suite 301
Columbia, MD 21046
Chapter 13 Trustee


END OF ORDER